In the matter of the estate of AUGUST KRAEUTER, deceased.

ARTHUR R. KRAEUTER et al., appellants,

*v.*

CLARA J. KNEF et al., respondents.

[Decided January 25th, 1940.]

*Mr. Milton M. Unger,* for the appellants.

*Messrs. Child, Riker, Marsh & Shipman, Mr. Charles R. Weeks, Mr. Harry Unger, Mr. Anton A. Vit* and *Mr. Harold J. Trabold,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Bigelow, and reported in *125 N. J. Eq. 120.*

*For affirmance*—THE CHIEF-JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.